AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Boochever, Robert | 2. Court or Organization<br><br>U.S. Court Of Appeals 9th Cir. | 3. Date of Report<br><br>03/16/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>P.O. Box 91510<br>Pasadena, CA 91109-1510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

FINANCIAL DISCLOSURE OFFICE
2007 MAR 28 A 10: 5b
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/16/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | STATE OF ALASKA - JUDICIAL RETIREMENT | $ 49651.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | PRUDENTIAL RETIREMENT FINANCIAL CO. & JACKSON NATIONAL LIFE INSURANCE CO. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/16/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ALASKA BANK | | None | J | T | | | | | |
| 2. ALLSTATE CORPORATION | A | Dividend | K | T | | | | | |
| 3. AMERICAN EXPRESS CO. | A | Dividend | L | T | | | | | |
| 4. AMERICAN INT'L | A | Dividend | K | T | | | | | |
| 5. AMGEN | | Dividend | K | T | buy | 09/11 | K | | |
| 6. BARKLEY 5.4 2008 | C | Interest | L | T | buy | 05/05 | L | | |
| 7. BAXTER, INTL | A | Dividend | K | T | | | | | |
| 8. BECTON DICKESON | A | Dividend | K | T | | | | | |
| 9. BERKSHIRE HATHAWAY | | None | L | T | | | | | |
| 10. BRENTWOOD, CA IND INFRA SERIES B | A | Interest | J | T | | | | | |
| 11. 31ST CA INS. FUND | A | Interest | J | T | partial call | 06/21 | J | A | |
| 12. CA ED, STANFORD | D | Interest | L | T | | | | | |
| 13. CAL STANFORD 5.125 1/1/31 | C | Interest | K | T | | | | | |
| 14. CA HFA 6.10 2/1/09 | B | Interest | K | T | | | | | |
| 15. CAL STANFORD 5.2% 12/1/27 | B | Interest | K | T | | | | | |
| 16. CA. STATE 5% 2/1/35 | C | Interest | L | T | | | | | |
| 17. CA. STATE 5/5 10/1/32 | C | Interest | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes: (See Column C2)  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
Q =Appraisal  S =Assessment
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/16/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CAL STATE 5% 2/1/08 | B | Interest | K | T | | | | | |
| 19. CAL STATE 5% 2/1/23 | B | Interest | K | T | | | | | |
| 20. CAL STATE 5.25% 1/1/21 | B | Interest | K | T | called | 01/01 | K | A | |
| 21. CA STATE 4.75 9/1/23 | B | Interest | J | T | | | | | |
| 22. CA STATE 6.75 7/1/17 | A | Interest | J | T | | | | | |
| 23. CA STATE 5.00 10/1/23 | C | Interest | L | T | | | | | |
| 24. CA STATE 5.00 2/1/23 | B | Interest | K | T | | | | | |
| 25. CA STATE 5.00 2/1/21 | C | Interest | L | T | | | | | |
| 26. CA STATE 6.00 10/1/21 | A | Interest | K | T | | | | | |
| 27. CA STATE 7.20 5/1/08 | B | Interest | K | T | | | | | |
| 28. CA STATE 4.75 12/1/25 | C | Interest | K | T | | | | | |
| 29. CALTECH 4.25% 10/1/28 | A | Interest | K | T | | | | | |
| 30. CALTECH 4.5 2008 | B | Interest | K | T | | | | | |
| 31. CARLSBAD, CA HOUSING | B | Interest | K | T | | | | | |
| 32. Citigroup VIII | C | Dividend | K | T | | | | | |
| 33. COCA COLA | A | Interest | K | T | | | | | |
| 34. CONTRA COSTRO CITY, HOME MTG. | A | Interest | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
(See Column C2)    Q =Appraisal    V =Other    S =Assessment    T =Cash Market
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/16/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| REV | | | | | | | | | |
| 35. DAVIS, CA JR. SCHOOL DIST. | B | Interest | K | T | called | 02/15 | K | A | |
| 36. FREMONT 2.25 PRE | B | Dividend | K | T | | | | | |
| 37. GE CAP 2.85 2006 | A | Interest | K | T | redemption | 01/30 | K | A | |
| 38. GE CAP 5.375 2007 | C | Interest | L | T | buy | 03/30 | L | | |
| 39. GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 40. HOME DEPOT | A | Dividend | K | T | add | 01/06 | K | | |
| 41. INT'L BUSINESS MACHINES | B | Dividend | M | T | | | | | |
| 42. HONEYWELL | A | Dividend | K | T | | | | | |
| 43. LOS ANGELES, CA 5.90 12/1/26 | A | Interest | K | T | | | | | |
| 44. METROPOLITAN WATER 5.00 7/1/27 | B | Interest | K | T | | | | | |
| 45. METROPOLITAN WATER 4.75 7/1/22 | C | Interest | L | T | | | | | |
| 46. NEW YORK LIFE INS. POLICIES | A | Dividend | L | T | | | | | |
| 47. NORWALK, CA COM. FAC. FIN. | A | Interest | K | T | called | 01/03 | K | A | |
| 48. NUVEEN, CA INV. QUALITY MUN. FUND | A | Interest | K | T | | | | | |
| 49. ONTARIO, CA REDEV. FIN. AUTHO. | A | Interest | K | T | | | | | |
| 50. ORANGE COUNTY CAL. APT. REV. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/16/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. PASADENA 5.25% 7/1/24 | C | Interest | L | T | | | | | |
| 52. PETROLEUM & RES | A | Dividend | K | T | | | | | |
| 53. PFIZER | A | Dividend | K | T | | | | | |
| 54. P. RICO HOUSING FIN. CORP. REV. | A | Interest | J | T | | | | | |
| 55. SACRAMENTO COUNTY CA SAN. 5% 12/1/15 | A | Interest | K | T | | | | | |
| 56. SAFECO LIFE INSURANCE | B | Interest | K | T | | | | | |
| 57. SAN FRANCISCO CITY & COUNTY APT. RFD. 6.2% 2020 | C | Interest | K | T | | | | | |
| 58. SAN FRANCISCO IMP. BAYSHORE 6.2% 2020 | B | Interest | K | T | | | | | |
| 59. SARA LEE | A | Dividend | K | T | sell | 03/31 | K | A | |
| 60. Stanford 5% 11/2/21 | C | Interest | L | T | | | | | |
| 61. STATE OF CA 2023 | A | Interest | K | T | | | | | |
| 62. SWEETWATER 2024 | A | Interest | J | T | called | 1/17 | J | A | |
| 63. University CAL 5% 9/1/28 | C | Interest | L | T | | | | | |
| 64. UNIVISION | | None | J | T | sell | 12/18 | J | D | |
| 65. UST NOTES 2.75 2006 | A | Interest | K | T | redemption | 06/30 | K | A | |
| 66. UST NOTE 3.5 2006 | C | Interest | L | T | redemption | 11/15 | L | A | |
| 67. UST NOTE 3.125 2007 | A | Interest | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)
   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)
   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/16/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 68.  UST NOTES 4.375 2008 | A | Interest | K | T | buy | 01/31 | K | | |
| 69.  UST NOTES 4.625 2008 | C | Interest | L | T | buy | 03/28 | L | | |
| 70.  UTS MUNIE INV. TR. 201 | B | Interest | K | T | | | | | |
| 71.  VERIZON | A | Dividend | K | T | | | | | |
| 72.  VANGUARD SP. HEALTH | A | Dividend | M | T | | | | | |
| 73.  WELLS FARGO | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/16/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████    Date _March 21, 07_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544